IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARDS OF TRUSTEES OF THE CARPENTERS SOUTHWEST TRUSTS, THE EASTERN WASHINGTON-NORTHERN IDAHO CARPENTERS RETIREMENT TRUST FUND, THE NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST FUND, THE LABORERS-AGC PENSION TRUST OF MONTANA, THE LABORERS-AGC TRUST OF MONTANA (HEALTH), THE LABORERS-AGC TRAINING TRUST OF MONTANA, AND THE MONTANA EMPLOYEES VACATION SAVINGS PLAN, | CV 23–129–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| REYNOLDS CONSTRUCTION COMPANY, INC., a Montana Corporation, | |
| Defendant. | |

Before the Court is Plaintiffs' Notice of Voluntary Dismissal Pursuant to

Rule 41.  (Doc. 4.)  Plaintiff provides notice that the above-captioned matter is

voluntarily dismissed, without prejudice, pursuant to FED. R, CIV. P. 41(a)(1)(A)(i).

(*Id.*)  Defendants have not filed an answer or moved for summary judgment.

Accordingly, IT IS ORDERED that the above-captioned matter is

DISMISSED WITHOUT PREJUDICE, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

DATED this 18th day of March, 2024.

Dana L. Christensen, District Judge
United States District Court